GEF/mmg
4/07/2014

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:                                              CASE NO. 13-14658

    ESS AUTOMOTIVE, INC.            CHAPTER 11

                Debtor (s)
                                             JUDGE ARTHUR I HARRIS

**RESPONSE TO MOTION OF THE UNITED STATES TRUSTEE
TO CONVERT OR DISMISS**

      Now comes the Debtor and suggests that the Motion of the United States Trustee is not well taken. The Debtor is seriously pursing sale options and a sale in this case would benefit all parties and therefore, the Debtor requests that it be granted additional time to propose a sale.

                                            Respectfully submitted,

                                            /s/ Glenn E. Forbes_____
                                            Glenn E. Forbes, Esq. (0005513)
                                            Attorney for Debtor(s)
                                            COOPER & FORBES CO., LPA
                                            166 Main Street
                                            Painesville, OH 44077
                                            440-357-6211
                                            Email: gforbes@cooperandforbes.com
                                                             bankruptcy@cooperandforbes.com

13-14658

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2014, a true and correct copy of the Response to Trustee's Motion to Convert or Dismiss was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Amy L. Good, Esq., on behalf of the Office of the U.S. Trustee, at amy.l.good@usdoj.gov

Timothy M. Sullivan at tim@tmslaw.net, Elaine@tmslaw.net, martin@tmslaw.net, Jillian@tmslaw.net

And by regular U.S. Mail, postage prepaid, on:

ESS Automotive, Inc.
7485 Tyler Blvd.
Mentor, OH 44060

/s/Glenn E. Forbes_____
Glenn E. Forbes, Esq. (0005513)
COOPER & FORBES CO., LPA
Attorney for Debtor
166 Main Street
Painesville, OH 44077
(440) 357-6211
gforbes@cooperandforbes.com
bankruptcy@cooperandforbes.com